JAMES NURNEY v. THE UNION INSURANCE COMPANY.

[See 63 Mich. 633.]

This case is ruled by *Nurney v. Fireman's Fund Insurance Company*, reported in 63 Mich. 633.

Error to Iosco. (Tuttle, J.) Argued October 8, 1886. Decided November 17, 1886.

Assumpsit. Plaintiff brings error. Reversed. The facts are stated in the opinion in *Nurney v. Fireman's Fund Insurance Company*, 63 Mich. 633.

SHERWOOD, J. This case and *Nurney v. Fireman's Fund Insurance Company*, reported in 63 Mich. 633, were heard in this Court together. The same questions were involved in each, and the decision in that case is conclusive of this.

The judgment must be reversed, with costs, and a new trial granted.

The other Justices concurred.